8/8/05

Peter T Dalleo
Clerk of Court
Unites States District Court
Lockbox 8
844 King Street
U.S. Courthouse
Wilmington, Delaware 19801

RE: King v. Butler, et.al
Civil Action Number 97-484-mpt

Dear Mr. Dalleo:

Pursuant to the court's order dated 11/20 and 12/16/97.
Enclosed please find a copy of the document from Wilmington Trust confirming the update of the trust/guardianship account of the minor child T. K.

    This letter will confirm that the child's account is still at Wilmington Trust and no funds have been spent from the child's account which was opened in the amount of $3,000.00.

                                     Sincerely yours,

                                     Robert King

                                     Lucile King

Enclosures:
Magistrate Judge Mary Pat Trostle
Ms. Mary Pat Thynge

```
Page: 1 Document Name: untitled
```

```
:DRC           C D  -  R E L A T E D    C E R T I F I C A T E S
CUSTOMER NAME    T. K.                          SOC SEC 000000000

ADDRESS
 T. K.
LUCILLE KING TTEE           HOME PH                   PROF CTR 021
2213 LANCASHIRE DR          BUS  PH (000) 000-0000    OFFICER  000
WILMINGTON DE 19810         SOC SEC        -3753

    BANK    CERT   INV    PRODUCT   REL PCR  ISSUE   MATURE  STA    PRINCIPAL
                          CD        1ST 021  012004  012006   A     3,848.97




   PF1 = NEXT 12 ACCTS    PF2 = FIRST 12 ACCTS    PF12 = RETURN TO CIF
```